# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **CASE NO. 3:25-CR-00117-CRB** |
| | § | |
| | § | **ORDER GRANTING** |
| **v.** | § | **UNOPPOSED MOTION TO MODIFY** |
| | § | **CONDITIONS OF RELEASE** |
| | § | |
| **NIKITA MERCADO** | § | **Judge: Hon. Thomas S. Hixson** |
| | § | |
| | § | |

Having considered Defendant Nikita Mercado's Unopposed Motion to Modify Conditions of Release, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant's conditions of pretrial release are modified to permit Defendant to travel to Florida from July 13, 2026 through July 21, 2026, including participation in a closed-loop cruise to the Bahamas departing from and returning to a United States port.

IT IS FURTHER ORDERED that all other conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated: _July 8, 2026_____

_T.M. Hix_

HON. THOMAS S. HIXSON

United States Magistrate Judge